PROB 12B
(7/93)

# United States District Court

## for

## Middle District of Alabama

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Shaguana Latrice Gollate                Case Number:  3:01cr126-ID

Name of Sentencing Judicial Officer: The Honorable Ira DeMent, Senior U.S. District Judge

Date of Original Sentence:  June 5, 2002; revoked November 13, 2007

Original Offense:  Embezzlement

Revocation Offenses:  Failure to complete 100 hours of community service, failure to complete a truthful written report to the probation officer (2 counts), and failure to notify the probation officer of change of address.

Original Sentence:  6 months custody of BOP followed by a 5 year term of supervised release

Revocation Sentence:  6 months custody of BOP followed by a two year term of supervised release

Type of Supervision:  Supervised Release                Date Supervision Commenced:  May 9, 2008

## PETITIONING THE COURT

[X]   To extend the term of supervision for  2  years, for a total term of 4  years.
[ ]   To modify the conditions of supervision as follows:

The defendant's term of supervised release shall be extended for twenty-four months.

## CAUSE

Gollate was ordered to pay restitution to Aliant Bank, 200 Aliant Bank Parkway, Alexander City, Alabama, in the amount of $45,450.54.  She was further ordered to make payments at a rate of $100.00 per month.  To date, Gollate has a restitution balance of $40,462.76.  During her term of supervision, she has only paid $4,987.78.

The probation officer and the U. S. Attorney's Office Financial Litigation Unit have made numerous efforts in collecting restitution payments from Gollate.  Gollate has made a minimal effort in satisfying her financial obligation to the Court, and her term of supervision is scheduled to expire on May 8, 2010.  Therefore, I respectfully request that Gollate's term of supervision be extended to allow her the opportunity to compensate the victim in this case and allow the probation office to monitor her payments.  Gollate has signed Probation Form 49 waiving her right to counsel and a hearing before the Court and has agreed to the proposed condition.

Respectfully submitted,

by   /s/ Donnelle Thompson
U.S. Probation Officer
Date: April 29, 2010

Reviewed and approved:   /s/ David Ron Thweatt
                                   Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[X]  The Extension of Supervision as Noted Above
[ ]   The Modification of Conditions as Noted Above
[ ]   Other

Done this 6th day of May, 2010.

Ira DeMent
Senior United States District Judge